# Table of Contents

An Overview of Flexible Benefits ................... 1
    Flex Credits .......................................... 2
    Before-Tax Dollars ................................. 2
    Paying for Coverage ............................... 2

Enrolling in Coverage ..................................... 3

Eligibility ...................................................... 3
    Your Coverage ...................................... 3
    Your Dependent Coverage ....................... 4

Change in Family Status ................................. 4

Default Coverage .......................................... 5

Life Event Chart ........................................... 6

EXHIBIT "A"

# ABOUT THIS OVERVIEW BOOKLET

As an employee of PMI Food Equipment Group, you're eligible for many types of benefits, including flexible benefits.

This booklet provides an overview of our flexible benefits program. In general, most of your health and welfare benefits are part of our flexible benefits program, with the exception of short-term disability coverage and business travel accident insurance, which are outlined in the disability and accident booklets. If you need more information about any benefit area, please contact the Benefits Department.

This booklet introduces the benefits that are offered by PMI Food Equipment Group, which is part of Premark International, Inc. The information in this booklet and the booklets for each of the benefit areas (medical, dental, life insurance, accident insurance, disability, and expense accounts) are summaries of the official Group Benefits Plan document and the Flexible Benefits Plan document in effect as of January 1, 1993. Every attempt has been made to summarize the provisions of the documents accurately; however, if disagreements arise between this booklet and the documents, the Group Benefits Plan document and the Flexible Benefits Plan document always govern.

If you have any trouble reading or understanding English or if you have questions after reading this material, please contact the Benefits Department.

# AN OVERVIEW OF FLEXIBLE BENEFITS

Flexible benefits allow you to tailor your benefits coverage to meet your needs.  In several benefit areas, the company recognizes that you may have different protection or security needs from other employees.  Here's an overview of how our flexible benefits program works:



You pay for your flexible benefits choices through a "pool" of flexible credits:

- **Flex credits** are provided by the company. The amount of your flexible credits depends on the coverage level you elect (whom you cover under the plan).  In addition, your flex credits are based on the dependent coverage category you select.

- **Before-tax dollars** come from your paycheck before your federal income and Social Security taxes are deducted.  In most states, these dollars come from your paycheck before state income taxes are deducted.  You use before-tax dollars to pay for your benefits if the choices you make cost more than what your flex credits will buy.

Government regulations and our administrative rules require you to pay for dependent life insurance on an after-tax basis. After-tax dollars come from your pay after all taxes have been deducted.

## Paying for Coverage

You can spend your flex credits on medical coverage, dental coverage, employee life insurance, personal accident insurance, and long-term disability coverage, or you can deposit them into the expense accounts, or to help purchase vacation days.  If the cost of your benefit elections is more than the amount of your flex credits, you pay for the rest of your benefits (except dependent life insurance) with before-tax dollars. You must use after-tax dollars to pay for dependent life insurance only. PMI Food Equipment Group pays the full cost of your short-term disability coverage and business travel accident insurance.

Your flex credits can be used to purchase benefits coverage. Leftover credits will be added to your pay as taxable income each pay period.

# ENROLLING IN COVERAGE

When first hired, you have the opportunity to enroll in the flexible benefits program. Your enrollment may be subject to any preexisting conditions you or your covered dependents have and any other guidelines about enrollment, as described in each plan's summary plan description. Only those dependents named on your enrollment form will be eligible for coverage.

Then, each year, you have the opportunity to re-enroll for benefits coverage during an annual enrollment period. Your coverage will be effective through the calendar year (dental coverage will be in effect for a longer period, as outlined in the Dental Plan summary plan description). During this re-enrollment period, you can change your level of benefits as well as the dependents you cover. You must provide Proof of Good Health in order to begin or increase your coverage in some benefit areas. Also, you cannot change your coverage during the year unless you experience a change in family status (described on page 4).

During annual enrollment, you will receive communication materials that outline any plan changes along with an enrollment form and appropriate deadlines. It is your responsibility to properly complete and return your enrollment form by the required deadline.

If you have questions about the enrollment process or the forms you must complete, contact the Benefits Department.

# ELIGIBILITY

## Your Coverage

You're eligible for coverage if you are a salaried or hourly non-bargained employee who is regularly scheduled to work at least 30 hours per week at PMI Food Equipment Group.

The date coverage begins depends on the benefit, as follows:

| Benefit | You Become Eligible for Coverage on the First of the Month Following |
|---|---|
| Medical | 30 days of continuous employment |
| Dental | 6 months of continuous employment |
| Employee Life and Dependent Life Insurance | 30 days of continuous employment |
| Personal Accident and Business Travel Accident Insurance | 30 days of continuous employment |
| Short-Term Disability | 30 days of continuous employment |
| Long-Term Disability* | 30 days of continuous employment |
| Health Care Expense Account | 30 days of continuous employment |
| Dependent Care Expense Account | 30 days of continuous employment |
| Vacation Buy/Sell Program* | 30 days of continuous employment |
| * Must be regularly scheduled full-time (40 hours/week) to participate. | |

If you are not actively at work when you are first eligible to participate in a plan, your coverage begins on the day you begin active work, provided you have properly enrolled.

3

## Your Dependent Coverage

You also may enroll your eligible dependents for medical, dental, dependent life insurance and personal accident insurance coverage. Coverage for dependents you elect to cover under a plan normally begins on the day your coverage starts. Coverage for newly eligible dependents becomes effective on the date they first become eligible under the plans.

Your eligible dependents include:

- Your spouse, unless you are legally separated. Your spouse includes a common law spouse in states that legally recognize common law marriages.

- Your unmarried children who live in your home in a parent-child relationship, and depend on you for support, according to IRS guidelines. In addition, each child must be:
  - Under age 19;
  - Under age 23 and a full-time student; or
  - Mentally and/or physically disabled, as determined by the claims administrator, when he or she reaches age 19 (or age 23, if a full-time student), even if confined to a care facility.

Dependent children are defined as:

- Natural and legally adopted children;
- Stepchildren living in your household;
- Children for whom you are ordered by court to provide coverage; and

- Children for whom you are a court-appointed guardian, even if the child is not a blood relative, provided you supply court documentation of guardianship and:
  - The child's parents aren't living, can't be located, or are unwilling to support the child;
  - The child is financially dependent on you for support, according to IRS guidelines; and
  - The child is living in your home.



# CHANGE IN FAMILY STATUS

Under Internal Revenue Service rules, the flexible benefits coverage choices you elect during annual enrollment must stay in effect for the entire plan year — January 1 through December 31. Mid-year changes may be made only if you have a change in family status.

The following events are considered family status changes:

- Marriage;

- Acquiring a new dependent (such as the birth or adoption of a child);

- Divorce;

- Death of a dependent;

- Dependent no longer meets eligibility criteria (described on page 5); or

- Change in your spouse's benefit coverage due to spouse's employment change (such as gaining or losing employment).

Your coverage changes must be on account of and consistent with your change in family status. For example, if you adopt a child, you could add your child to your medical coverage. However, this would not be an opportunity to drop coverage for other family members. Benefit changes must be made within 31 days of the change in family status event. The coverage change is effective as of the date the family status change occurred, provided you have properly notified the Benefits Department and have completed the necessary forms within 31 days of the family status change event.



# DEFAULT COVERAGE

If your dependent no longer meets the dependent eligibility criteria (for example, he or she reaches age 19 and is not a full-time student), coverage terminates on the day eligibility ceases. Your dependent may be eligible for medical and dental coverage continuation under COBRA. It's your responsibility to notify the company if this should occur. See the COBRA Continuation Coverage section in the medical and dental summary plan descriptions for more information.

If you do not submit your flexible benefits enrollment form within the required time period, the company automatically will give you default coverage. Here is a summary of your default coverage:

■ **Medical**
  – For enrollment during 1994 and initial enrollment as a new hire, you will automatically receive employee only coverage under the $400 deductible indemnity option.
  – For subsequent annual enrollment, you will automatically receive the same coverage level and coverage option in which you were enrolled during the previous year.

■ **Dental** — No coverage (Option N);

■ **Employee Life Insurance** — $10,000 (Option A);

■ **Dependent Life Insurance** — No coverage (Option N);

■ **Personal Accident Insurance** — No coverage (Option N);

■ **Long-Term Disability** — No coverage (Option N);

■ **Health Care Expense Account** — No deposits; and

■ **Dependent Care Expense Account** — No deposits.

When you are first hired, you will receive this default coverage until the next enrollment opportunity. If you do not return your enrollment form within the required timeframe for subsequent annual enrollment, you will automatically receive the same coverage in which you were enrolled during the previous year.

5

# LIFE
# EVENT CHART

The following chart shows you how your benefits are affected by various life and employment changes. The chart is only a summary of your benefits. It does not provide specific information on plan operations or provisions. Keep in mind, some benefits are paid entirely by the company, others are paid by you, and some require that you and the company share the cost.

You can refer to your summary plan descriptions for a more detailed description of how your benefits are affected in particular situations.



## PMI Food Equipment Group Life Event Chart

| | **When/If You . . .** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Here's What Happens Under These Benefits** | **Are Hired** | **Enroll For Coverage After Previously Waiving Coverage** | **Add A Dependent (for example, marriage, birth, adoption, spouse loses his/her medical coverage)** | **Drop A Dependent (for example, no longer meets eligibility, death, spouse gains coverage)** | **Are Disabled (Short-Term)** | **Are Disabled (Long-Term – More Than Six Months)** | **Retire** | **Die** | **Leave The Company For Any Other Reason** |
| **Medical** | You may enroll for coverage within a specified time period. Your coverage is subject to a preexisting condition exclusion. | You must provide Proof of Good Health before you can enroll. Your coverage is subject to a preexisting condition exclusion. | You may change your coverage level, subject to a preexisting condition exclusion and Proof of Good Health requirements. | You may change your level of coverage. If your dependent no longer meets eligibility criteria, coverage ends on the day eligibility ends. | Your coverage will continue up to six months. | Coverage continues ($66\frac{2}{3}$ replacement) at cost. You may elect coverage under COBRA. | Coverage for you and your dependents ends on the last day of the month in which you retire. If you meet age and service requirements, you may be eligible to participate in the retiree medical plan. | Coverage for your dependents ends on the last day of the month in which you die. | Coverage for you and your dependents ends on the last day of the month in which you leave the company. You may be eligible for a conversion policy. You may elect coverage under COBRA. |
| **Dental** | You may enroll for coverage. Your coverage is subject to exclusions for work in progress/ missing teeth. | You may enroll for coverage. Your coverage is subject to exclusions for work in progress/missing teeth. | You may change your coverage level. Your coverage is subject to exclusions for work in progress/missing teeth. | You may change your level of coverage. If your dependent no longer meets eligibility criteria, coverage ends on the day eligibility ends. | Your coverage will continue up to six months. | Coverage ends. You may elect coverage under COBRA. | Coverage for you and your dependents ends on the last day of the month in which you retire. When you retire, you can elect to continue dental coverage, up to 18 months. | Coverage for your dependents ends on the last day of the month in which you die. | Coverage for you and your dependents ends on the last day of the month in which you leave the company. You may elect coverage under COBRA. |
| **Health Care Expense Account** | You may elect to contribute to this account. | You may elect to contribute to this account. | You may change your contribution amount. | You may change your contribution amount. | You may continue contributions up to 6 months. | Contributions end. You may submit claims to be reimbursed from balances in your account for expenses incurred on or before the day your employment ends due to a disability. | Contributions end. You may submit claims to be reimbursed from balances left in your account for expenses incurred on or before the day you retire. | Contributions end. Your survivor may submit claims to be reimbursed from balances left in your account for expenses incurred on or before the day of your death. | Contributions end. You may submit claims to be reimbursed from balances left in your account for expenses incurred on or before the day your employment ends. You may continue contributions under COBRA. |
| **Dependent Care Expense Account** | You may elect to contribute to this account. | You may elect to contribute to this account. | You may change your contribution amount. | You may change your contribution amount. | You may continue contributions up to 6 months. | Contributions end. You may submit claims to be reimbursed from balances in your account for expenses incurred before or after your employment ends due to a disability. | Contributions end. You may submit claims to be reimbursed from balances left in your account for expenses incurred before or after you retire. | Contributions end. Your survivor may submit claims to be reimbursed from balances left in your account for expenses incurred before or after the day of your death. | Contributions end. You may submit claims to be reimbursed from balances left in your account for expenses incurred before or after the day your employment ends. |



**PMI Food Equipment Group Life Event Chart (continued)**

| | When/If You . . . | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Here's What Happens Under These Benefits | Are Hired | Enroll For Coverage After Previously Waiving Coverage | Add A Dependent (for example, marriage, birth, adoption, spouse loses his/her medical coverage) | Drop A Dependent (for example, no longer meets eligibility, death, spouse gains coverage) | Are Disabled (Short-Term) | Are Disabled (Long-Term – More Than Six Months) | Retire | Die | Leave The Company For Any Other Reason |
| Short-Term Disability | Your coverage is subject to a preexisting condition exclusion. | Coverage is automatic. | Not applicable. | Not applicable. | Coverage continues. | Coverage ends. | Coverage ends. | Coverage ends. | Coverage ends. |
| Long-Term Disability | You may enroll for coverage. | You must provide Proof of Good Health before you enroll for coverage. | You may change your coverage amount. You'll be required to show Proof of Good Health if you increase coverage. | You may change your coverage amount. You must provide Evidence of Insurability. | Coverage continues. | Coverage ends, unless you're enrolled for LTD coverage. | Coverage ends the last day of the month in which you retire. | Coverage ends. | Coverage ends on the last day of the month in which you were employed. |
| Employee Life Insurance | You may enroll for coverage. | You must provide Evidence of Insurability before you enroll for coverage. | You may change your coverage amount. You'll be required to show Evidence of Insurability if you increase coverage. | You may change your coverage amount. You must provide Evidence of Insurability. | Coverage continues up to six months. | Coverage continues ($66 2/3$ replacement) for length of disability, up to age 65. | Coverage ends the last day of the month in which you retire. You may be eligible for retiree life insurance. | If eligible, benefits are paid to your survivors. | Coverage ends on the last day of the month in which you were employed. You may be eligible for a conversion policy. |
| Dependent Life Insurance | You may enroll for coverage. | You dependent(s) must provide Evidence of Insurability before you enroll for coverage. | You may change your coverage amount. You'll be required to show Evidence of Insurability if you increase coverage. | You may change your coverage amount. You must provide Evidence of Insurability. | Coverage continues up to six months. | Coverage ends. | Coverage ends the last day of the month in which you retire. | Coverage ends. You may be eligible for a conversion policy. | Coverage ends the last day of the month in which you were employed. You may be eligible for a conversion policy. |
| Personal Accident Insurance | You may enroll for coverage. | You may enroll for coverage. | You may change your coverage amount or level. | You may change your coverage amount or level. | Coverage continues up to six months. | Coverage ends. | Coverage ends the last day of the month in which you retire. | Your coverage ends. You may be eligible for a conversion policy. | Coverage ends on the last day of the month in which you were employed. You may be eligible for a conversion policy. |
| Business Travel Accident Insurance | Coverage is automatic. | Coverage is automatic. | Not applicable. | Not applicable. | Coverage ends. | Coverage ends. | Coverage ends the day you retire. | Coverage ends; if eligible benefits are paid to survivors. | Coverage ends the last day of the month. |

# Table of Contents

Eligibility ........................................ 3
　Your Coverage ................................... 3
　Preexisting Condition Exclusion ........ 3
　Default Coverage .............................. 3
　Proof of Good Health (LTD Only) ....... 3
　Special Exclusions ............................ 3
　Key Terms ...................................... 3
　　Disabled and Disability ................. 3
　　Disability Benefits .......................... 3
　　Illness .............................................. 4
　　Injury ............................................... 4
　　Mental or Nervous Disorder .......... 4
　　Physician ........................................ 4

Short-Term Disability (STD) Plan .......... 4
　Amount of Benefit............................... 4
　　Salaried Exempt Employees .......... 4
　　Salaried Nonexempt Employees .... 4
　　Hourly Nonbargained Employees .. 5
　Cost .................................................. 5
　Benefit Maximum ............................... 5
　Separate Periods of Disabilities ......... 5
　(For Salaried Nonexempt and Hourly
　Nonbargained Employees) ................. 5
　　Recurrent Disability ....................... 5
　　Non-Recurrent Disability ............... 6
　Effect on Other Benefits .................... 6

Long-Term Disability (LTD) Plan ............ 7
　Coverage Options .............................. 7
Cost ................................................... 9
Coverage Changes .............................. 9
　How Benefits Are Paid ...................... 9
　Rehabilitative Employment ............... 10
　LTD Coverage for Separate Disabilities
　　Recurrent Disability ...................... 11
　　Non-Recurrent Disability ............. 11

How Your Disability Benefits
　Are Paid .......................................... 11

Reductions in Your Benefits ................. 11

What Disability Benefits
　Do Not Cover ................................... 12

Situations Affecting Benefits ............... 12
Right of Reimbursement
　and Third-Party Liability ................... 12

Applying for Benefits............................ 12
Short-Term Disability (STD) Benefits ... 12
Long-Term Disability (LTD) Benefits .... 12

When Coverage Ends .......................... 13

Administrative Information .................. 13
　Claims Administrator
　Questions or Problems
Eligibility Questions ........................... 13
Benefits/Claims Questions .................. 13
　Formal Claim Procedures
　　(LTD Claims Only) ...................... 14
If Your Claim Is Denied ....................... 14
　Appeals Procedures
　　(LTD Claims Only) ...................... 14
　ERISA Rights ................................... 14
　Other Plan Information .................... 15
　　Employer .................................... 15
　　Full Plan Name ............................ 15
　　Plan Sponsor ............................... 15
　　Employer Identification Number .. 15
　　Plan Administrator ....................... 15
　　Plan Number ............................... 15
　　Type of Plan ............................... 15
　　Plan Year ..................................... 15
　　Claims Administrator (Eligibility) .. 15
　　Claims Administrator (Disability) .. 15
　　Funding Medium .......................... 15
　　Trustees ...................................... 16
　　Agent for Service of Legal Process
　　Amendment or
　　　Termination of Plan .................. 16

Who to Contact .................................. 17

EXHIBIT "A"

# ABOUT YOUR DISABILITY BENEFITS

PMI Food Equipment Group recognizes that your financial security is important – especially if you become disabled due to illness or injury. That's why the company offers a short-term disability (STD) plan as well as a long-term disability (LTD) plan to provide financial protection for you when your income is interrupted due to illness or injury. STD benefits provide coverage to you for the first 26 weeks you are disabled. You may become eligible for LTD benefits when your STD benefits end.

This booklet describes the PMI Food Equipment Group long-term disability plan, which is part of the Premark International, Inc. Group Benefits Plan. The Premark International, Inc. Group Benefits Plan is governed by a federal law – the Employee Retirement Income Security Act of 1974 (ERISA). This booklet is a summary of the Premark International, Inc. Group Benefits Plan document in effect as of January 1, 1993. Every attempt has been made to summarize the provisions of the document accurately; however, if disagreements arise between this booklet and the document, the Group Benefits Plan document always governs.

*A Special Note About the Short-Term Disability Plan:*
For convenience and for the purpose of communication, this booklet also describes the short-term disability plan of PMI Food Equipment Group. However, the short-term disability plan is not governed by ERISA and is not part of the Premark International, Inc. Group Benefits Plan. Therefore, certain portions of this booklet, such as the "Administrative Information" section and the "Other Plan Information" section, do not apply to the short-term disability plan.

If you have any trouble reading or understanding English or if you have questions after reading this material, please contact the Benefits Department.

# ELIGIBILITY

When you are first hired, you will receive short-term disability (STD) coverage automatically and you will have an opportunity to enroll for long-term disability (LTD) coverage. Then, each year during annual enrollment you can select LTD coverage for the next plan year as outlined in the Overview of Flexible Benefits booklet. If you have questions about the enrollment process or the forms you must complete, contact your local Benefits Representative.

## Your Coverage

You are eligible for STD coverage if you are a salaried or hourly non-bargained employee who is regularly scheduled to work at least 30 hours per week at PMI Food Equipment Group. You are eligible for LTD coverage if you are a salaried or hourly nonbargained employee who is regularly scheduled to work at least 40 hours per week at PMI Food Equipment Group.

Your STD and LTD coverage begins the first day of the month following 30 days of continuous employment, assuming that you were actively at work on this date. In addition, you must be properly enrolled in the LTD plan to be eligible for LTD coverage.

If you are not actively at work when you are first eligible either for short-term disability or long-term disability coverage, your STD or LTD coverage will begin on the day you begin active work, provided you have properly enrolled.

## Preexisting Condition Exclusion

A preexisting condition is any illness or injury that exists on the first day you are covered under the LTD plan, and for which you were treated or received consultation during the six months before the first day your coverage begins. The plan will not pay LTD benefits if you become disabled because of a preexisting condition during the first 12 months that you are covered by the PMI Food Equipment Group's LTD plan.

## Default Coverage

STD coverage is automatic. If you do not return your enrollment form within 31 days of initial enrollment as a new hire, you will receive no LTD coverage.

If you do not return your enrollment form within the required timeframe for subsequent enrollments, you will be enrolled in the same LTD option (including the no coverage option) in which you were enrolled during the previous year.

## Proof of Good Health (LTD Only)

You must provide Proof of Good Health (formerly called Evidence of Insurability) if you:

■ Previously chose no coverage under the LTD plan and then choose to enroll as a result of a family status change or during a subsequent enrollment period; or

■ Are currently enrolled in LTD Option A and want to increase coverage to LTD Option B.

## Special Exclusions

You are not eligible for coverage under the STD or LTD plans while you are engaged in active military service or if you are not a United States resident. The United States residency requirement does not apply to temporary residence outside of the United States; for example, expatriates covered under the domestic benefit program.

## Key Terms

To fully understand how the plans work, it's important that you know a few terms used throughout this material.

## Disabled and Disability

You are considered to be disabled or under a disability if you cannot perform the material duties of **your** occupation. You are only considered disabled or under a disability if you are under the care and treatment of a licensed physician, who is practicing within the scope of his or her license during the entire period of your disability.

For purposes of LTD, if your disability continues for more than two years from the date you become disabled, "disability," for the purpose of further LTD benefit payments, will mean that you are unable to engage in **any** occupation for which you are reasonably fitted by education, training, or experience.

## Disability Benefits

Your disability benefit is the money that is paid as a weekly or monthly benefit when your claim for disability benefits has been approved.

3

# SHORT-TERM DISABILITY (STD) PLAN

### Illness

An illness is any sickness, disease, or other medical condition, including pregnancy.

### Injury

An injury is a bodily injury resulting directly from an accident and independent of all other causes. The injury must occur and disability must begin while you are covered under the disability plan.

### Mental or Nervous Disorder

A mental or nervous disorder includes mental, psychoneurotic, or personality disorders of any type.

### Physician

A physician is a person (other than you, your spouse, child, sibling, or parent, or the child, sibling, or parent of your spouse) who is:

- Properly licensed and recognized as a medical practitioner by the state in which treatment is provided;

- Operating within the scope of his or her license; and

- Qualified to treat the illness or injury for which you are applying for disability benefits.

The short-term disability (STD) plan is designed to provide you with regular income when you miss days from work due to an illness or injury. If you are a salaried employee, the STD plan will provide coverage for up to 26 weeks after you have been absent from work due to an illness or injury for six (6) consecutive days.

If you are a non-bargained hourly employee, the STD plan will provide coverage for up to 26 weeks after you have been absent from work due to an illness or injury for seven (7) consecutive days. The STD plan will provide coverage on the first day you are absent from work if your disability is the result of an accident or if it results in immediate hospital confinement.

After 26 weeks of continuous disability, you may be eligible for LTD benefits. Each calendar year your STD benefits cannot exceed 26 weeks, even if separate periods of disabilities for the same or different causes are involved.

The amount of your STD benefit is based on your pay and your years of service. Your pay is defined as your monthly base pay as of the first day of your disability.

### Amount of Benefit

### Salaried Exempt Employees

If you miss work due to a short-term disability, you're eligible to receive 100% of your base pay, up to 26 weeks.

### Salaried Nonexempt Employees

If you miss work due to a short-term disability, the amount of benefits you'll receive from the STD plan is based on your years of service with the company. You are eligible to receive between 60% to 100% of your base pay as shown in the following chart.

| Years of Service | Weeks Disabled | Percent of Base Pay |
|---|---|---|
| Less than 2 years | Weeks 1-13 | 75% |
| | Weeks 14-26 | 60% |
| 2 to 5 | Weeks 1-4 | 100% |
| | Weeks 5-17 | 75% |
| | Weeks 18-26 | 60% |
| 5 to 10 | Weeks 1-9 | 100% |
| | Weeks 10-22 | 75% |
| | Weeks 23-26 | 60% |
| 10 or more | Weeks 1-13 | 100% |
| | Weeks 14-26 | 75% |

If you receive any disability benefits from Worker's Compensation or any other compulsory state or federal program, your STD benefit will be reduced by the amount of the other benefit payments.

## Hourly Nonbargained Employees

If you miss work due to a short-term disability, the amount of benefits you'll receive from the STD plan is equal to 60% of your base pay. If you receive any disability benefits from Worker's Compensation or any other compulsory state or federal program, your STD benefit will be reduced by the amount of the other benefit payments.

## Cost

PMI Food Equipment Group automatically provides you with short-term disability coverage at no cost to you.

## Benefit Maximum

In any calendar year, you may receive up to 26 weeks of STD benefits – either for one continuous disability or for separate periods of disability for the same or different causes.

## Separate Periods of Disabilities

(For Salaried Nonexempt and Hourly Nonbargained Employees)

## Recurrent Disability

If you're disabled, recover from your disability, return to work, and then become disabled again due to the same cause **within 90 calendar days** of returning to work, your period of disability will be reinstated from the date of your **first** absence. Your absence will be counted as one continuous period of disability and you'll be eligible to receive benefits for the duration of your disability, up to 26 weeks.

For example, if you're a salaried nonexempt or hourly nonbargained employee who has been with the company for three years and you miss work due to a short-term disability, you will receive benefits as outlined below:

If you're disabled, recover from your disability, return to work, and then become disabled again due to an unrelated illness or injury **within 90 calendar days** of returning to work, your period of disability will be reinstated from the date of your **first** absence, for purposes of determining the duration of STD benefit payments. However, you will be entitled to receive an additional 26 weeks of STD time off from work (although benefit payments may be exhausted before the end of the 26-week period).

| Situation | Percent of Base Pay |
|---|---|
| Disabled for 10 weeks | First 4 weeks paid at 100%<br>Next 6 weeks paid at 75% |
| Return to work **for less than 90 days** | Receive regular income |
| Disabled for 16 weeks (same cause) | First 7 weeks paid at 75%<br>Next 9 weeks paid at 60% |
| | Note: Benefits can't exceed 26 weeks in one calendar year |

## Non-Recurrent Disability

If you're disabled, return to work, and become disabled by the same condition **or** a new illness or injury **more than 90 calendar days** after returning to work, your subsequent absence will be considered a new period of disability. The amount of your benefit will start over again with your Week 1 "percent of base pay" benefit. You will be eligible for up to 26 weeks of disability pay minus the weeks of disability pay you've already received. For example, if you're a nonexempt employee who has been with the company for seven years and you miss work due to a short-term disability, you will receive benefits as outlined below:

## Effect on Other Benefits

When you're away from work due to a short-term disability, your coverage for other benefit plans in which you are enrolled generally will continue up to six months, if you continue to pay your share of the cost. Deductions will continue to be taken from your STD benefit each pay period for your share of the benefits cost.

If the deductions are greater than the amount of your benefit, you must pay the difference by the fifth day of each month in order for coverage to continue.

If the deductions are greater than the amount of your benefit, you must pay the difference by the fifth day of each month in order for coverage to continue.

| Situation | Percent of Base Pay |
|---|---|
| Disabled for 12 weeks | First 9 weeks paid at 100%<br>Next 3 weeks paid at 75% |
| Return to work **for more than 90 days** | Receive regular income |
| Disabled for 14 weeks (same/different cause) | First 9 weeks paid at 100%<br>Next 5 weeks paid at 75% |
| | Note: Benefits can't exceed 26 weeks in one calendar year |

# LONG-TERM DISABILITY (LTD) PLAN

The long-term disability (LTD) plan pays a percentage of your monthly pay in disability benefits. Other sources of benefits you receive, such as Worker's Compensation, state-mandated benefits, Social Security, or income from your participation in an authorized rehabilitation work program, will reduce the amount of your LTD benefit.

The amount of your LTD benefit depends on the coverage option you select and your pay as of September 1 of the prior year. If you're a commissioned employee, your pay is defined as your base pay plus your prior year incentives. Otherwise, your pay is defined as your annual base pay as of September 1 of the prior year.

**Coverage Options**

Each year you may choose among three options for your LTD coverage.  Your coverage options are as follows:

| Option | Pay Replacement | Other Benefits |
|--------|-----------------|----------------|
| A | 50% pay replacement | ■ No minimum benefit payment; <br> ■ Maximum monthly benefit of $6,250; <br> ■ Annual maximum covered salary is $150,000; <br> ■ Disability benefits will be reduced based on the initial amount of Social Security benefits you receive (Primary Social Security offset); and <br> ■ If immediately prior to your disability you were enrolled for medical and/or life insurance benefits and you were otherwise eligible for retirement, then you would be eligible to receive retiree medical coverage and/or retiree life insurance coverage. The amount of your retiree life insurance benefit depends on your years of service: <br> – If you have 25 or more years of service prior to the initial date of your disability, you'll receive $6,250 in life insurance coverage. <br> – If you have 10 years of service but less than 25 years of service prior to the initial date of your disability, you'll receive $3,125 in life insurance coverage. <br> – If you become disabled with less than 10 years of service, your life insurance coverage will stop at the time of your disability. |

| Option | Pay Replacement | Other Benefits |
|--------|-----------------|----------------|
| B | 66⅔% pay replacement | ■ A minimum benefit payment of $100 or 10% of the gross monthly LTD benefit, whichever is greater;<br><br>■ Maximum monthly benefit of $8,333;<br><br>■ Annual maximum covered salary is $150,000;<br><br>■ Disability benefits will be reduced based on the initial amount of benefits you and your dependents receive (Family Social Security offset);<br><br>■ Continued credited service under the pension plan until age 65;<br><br>■ Continued life insurance coverage (up to one times your pay) at no cost to you provided you were enrolled for life insurance coverage immediately prior to your disability; and<br><br>■ You may elect retiree medical coverage, even if you don't meet the definition of an eligible retiree, provided you were enrolled for medical coverage immediately prior to your disability. |
| N | No coverage | No LTD benefits. |

To illustrate how the LTD plan pays benefits, here's an example of how monthly benefits would compare, based on the coverage option you select.  Let's assume that your annual pay as of September 1 prior to your disability is $18,000 a year ($1,500 a month) and that you are now eligible for LTD benefits.

Here's how your monthly benefits would compare based on the coverage you select:

| | |
|---|---|
| ■ Option A (50% pay replacement) | LTD plan pays $750/month |
| ■ Option B (66⅔% pay replacement) | LTD plan pays $1,000/month |
| ■ Option N (no coverage) | LTD plan pays $0 |

## Cost

You pay for LTD coverage with before-tax dollars. The cost for LTD coverage is listed on your enrollment form; if you choose no coverage, you'll receive "opt-out" credits which you may use to pay for other benefit plans.

Since your contributions for LTD coverage are made on a before-tax basis, any LTD benefits you receive will be taxable. No contributions will be required from you while you are receiving LTD benefits.

## Coverage Changes

You may change your LTD coverage only at open enrollment or when an eligible family status change occurs. Eligible family status changes are:

■ Marriage;

■ Acquiring a new dependent (such as the birth or adoption of a child); and

■ Death of a dependent.

Proof of Good Health is required if you increase your coverage from Option A (50% pay replacement) to Option B (66⅔% pay replacement), or if you currently have no coverage and elect coverage under Option A or Option B.

Benefit changes must be on account of and consistent with your change in family status, and the change must be made within 31 days of the family status change event. The coverage change is effective as of the date the family status change occurred, provided you have properly notified the Benefits Department and completed the necessary forms within 31 days of the family status change event. If Proof of Good Health is required, coverage (or the coverage change) will be effective on the date your Proof of Good Health is accepted.

## How Benefits Are Paid

Your LTD benefits begin after 26 weeks of continuous disability and generally continue until one of the following events occurs:

■ You recover and are no longer considered "disabled" as determined by the claims administrator and verified by your physician. (See page 3 for a definition of disability.)

■ You reach the maximum benefit period, described on page 10.

■ You die.

If you're disabled due to a mental or nervous disorder, the plan will pay long-term disability benefits for a maximum period of 24 months. If you are hospitalized for a mental or nervous disorder, the maximum period begins on the date you leave the hospital, and will not include any period of time during which you were hospitalized for a mental or nervous disorder.

If you're able to return to work on a part-time basis through participation in a rehabilitation program, you will continue to receive some of your benefits from the LTD plan during your recovery period.

If you become disabled after you reach age 60, benefits will be paid according to the following schedule:

| Age at Time of Disability | Maximum Benefit Period |
|---|---|
| Under age 60 | To age 65 |
| Age 60 but under age 65½ | 5 years |
| Age 65½ but under age 68½ | To age 70 |
| Age 68½ and over | 1 year |

## Rehabilitative Employment

During your disability you may accept rehabilitative employment that is authorized by PMI Food Equipment Group and the claims administrator.  If you accept this employment, your disability benefit payment will be reduced by 50% of the gross pay you receive.  The maximum amount you may receive from your disability benefit payment plus your rehabilitative employment pay may not exceed 100% of your pre-disability pay.

For example, assume you return to rehabilitative employment after eight months of disability. You were earning $2,000 a month before your disability, and you elected Option B (66⅔% pay replacement) for your long-term disability coverage. Here's how your benefits would be determined:

| | |
|---|---:|
| Monthly pay before disability | $  2,000 |
| LTD coverage (66⅔%) | x .667 |
| Monthly disability benefit | $  1,334 |

If you receive $1,000 a month in income during your period of rehabilitative employment, your disability benefit payment will be reduced by 50% of your gross pay:

| | |
|---|---:|
| Rehabilitative employment monthly gross pay | $  1,000 |
| Reduction factor (50%) | x .50 |
| Benefit reduction | $    500 |

If you accept rehabilitative employment, your total gross pay and disability benefit will be:

| | |
|---|---:|
| Normal monthly disability benefit | $  1,334 |
| Benefit reduction | - 500 |
| Reduced disability payment | $    834 |
| Rehabilitative employment monthly gross pay | + 1,000 |
| Total disability pay and benefit | $  1,834 |

10

# HOW YOUR DISABILITY BENEFITS ARE PAID

# REDUCTIONS IN YOUR BENEFITS

## LTD Coverage for Separate Disabilities

### Recurrent Disability

If you recover from your disability, return to work, and then become disabled again due to the same cause **within** 26 weeks of returning to work, your disability will be considered one period of disability and your LTD benefits will begin immediately.

### Non-Recurrent Disability

If you recover from your disability, return to work, and subsequently become disabled due to an unrelated cause, your disability will be considered a new period of disability. You may again apply for LTD benefits, but only after you have been continuously disabled by the new disability for 26 weeks.

If you recover from your disability, return to work, and become disabled due to the same cause or an unrelated illness or injury **more than** 26 weeks after returning, your disability will be considered separate from any previous disability. Your LTD benefits payments will begin only after you have been continuously disabled for 26 weeks.

During your short-term disability period, benefits are paid through the payroll system at the same interval as your regular pay schedule. You become eligible for LTD benefits after 26 weeks of a qualified disability. Long-term disability benefits are issued by Thomas L. Jacobs & Associates, Inc., the claims administrator, on a monthly basis.

During the short-term disability period, your payment will be subject to deductions for tax and benefit purposes. Then, during the long-term disability period, taxes may be withheld at your request, but you'll be billed separately for applicable benefits coverage.

Your basic benefit amount from the short-term disability plan may be reduced by disability amounts available under Worker's Compensation, or any other compulsory state or federal program. Your basic benefit amount from the long-term disability plan may be reduced by any income payable to you from these sources:

- Disability amounts available under Worker's Compensation Law, Occupational Disease Law, or similar law; or from the Veterans Administration (except from a National Service Life Insurance policy); or from any other government agency;

- 50% of the gross pay you receive from authorized rehabilitative employment;

- Amounts payable under any state-mandated disability income benefits; and

- Primary or family benefits (depending on LTD option chosen) available under the Social Security Act, Railroad Retirement Act, or similar act. (Increases in your benefits caused by later changes in the law will not be included in determining the amount of your benefit.)

# WHAT DISABILITY BENEFITS DO NOT COVER

No disability benefits will be paid for:

- Any period of disability during which you engage in any work for pay or profit (except approved rehabilitative employment as described on page 10).

- Any period of disability in which you are not under the continuous care of a qualified physician with a course of treatment accepted by the medical community as being sound, appropriate treatment for your diagnosis. Family members are not considered qualified physicians under the plan.

- Any period of disability during which you refuse to be examined by an independent physician selected by the claims administrator.

- Any disability caused by:

  – Participation in active military service;
  – Participation in the commission of a felony;
  – Attempted suicide or an intentionally self-inflicted wound;
  – War or any act of war, rebellion, insurrection, or participation in any riot;
  – Elective cosmetic surgery (except for surgery that is required after an accidental injury);
  – Chronic alcoholism or narcotic addiction (even if under an appropriate medical treatment program); or
  – A preexisting condition, as described on page 3.

# SITUATIONS AFFECTING BENEFITS

Some situations could affect benefits from the STD and LTD plans, as follows:

- Coverage may be changed or delayed if you are transferred, or have any other employment status changes;

- STD coverage will be continued for approved paid leaves of absence;

- LTD coverage will be continued for approved paid leaves of absence, if you make all required contributions;

- If you don't apply for benefits or provide the necessary claim information, your benefits may be delayed; and

- If you become disabled prior to termination of the plan by the employer, your benefits will continue.

## Right of Reimbursement and Third-Party Liability

If you receive benefits from the STD or LTD plan, and you later receive a settlement from a third party for the same disability expenses, the plan has the right to be reimbursed for amounts paid as benefits. The plan also has the right to file a lawsuit against a third party to collect expenses. You're required to sign a subrogation acknowledgement and do whatever is requested by Thomas L. Jacobs & Associates, Inc. to secure the recovery. If you were not actually eligible for any benefits you received, PMI Food Equipment Group may also collect those payments from you, other insurance companies, or other organizations.

# APPLYING FOR BENEFITS

## Short-Term Disability (STD) Benefits

If your illness or injury has caused you to miss more than five consecutive days of work at PMI Food Equipment Group, you must notify the Benefits Department. You will receive a disability application to be completed by you and your physician.

You must return the completed form to Thomas L. Jacobs & Associates, Inc. (TLJ), the claims administrator. If you have not provided adequate information to TLJ, you will be notified of the additional medical information needed to determine the status of your disability. If you do not send the information after the second request, your claim will be denied until you supply the required information.

## Long-Term Disability (LTD) Benefits

You and your physician must complete claim forms and send them to TLJ. If you have not provided adequate medical information to TLJ, you will be notified of the additional information needed to determine the status of your disability.

You may be eligible to receive LTD benefits when your STD benefits end. For timely payment of LTD benefits, you should send the completed claim forms to TLJ after you have been on STD for four months, if your disability is expected to continue for more than six months.

For your LTD claim to be approved, the following requirements must be met:

- You have suffered a covered disability;

- You have exhausted STD benefits and LTD benefit payments begin **immediately** following cessation of STD benefits;

- You have paid all outstanding employee contributions for other benefit plans;

- You meet the LTD plan definition of disability; and

- Your diagnosis is supported by objective medical data.

A claim for long-term disability benefits must be submitted within 12 months of the date of disability to be eligible for benefit payment. Claims submitted after 12 months from the date of disability will not be eligible for long-term disability benefit payment.

# WHEN COVERAGE ENDS

Your disability coverage usually ends when your employment with the company ends.

Your coverage under the STD and LTD plans ends on the last day of the month in which you:

- Become ineligible due to a change in employment status;

- Retire;

- Leave the company; or

- Die.

For example, if your employment ends on May 12, your coverage will end on the last day of the month in which you were employed, or May 31. Your employment will terminate on the last day of the 26-week STD benefit period, regardless of whether your LTD claim has been approved.

Coverage also ends on the date you no longer are eligible for the plans, discontinue contributions, or the plans are discontinued.

# ADMINISTRATIVE INFORMATION

Claims Administrator

TLJ is the claims administrator for the STD and LTD plans. TLJ determines how much the plans will pay and has final authority under plan provisions to make this and other determinations.

Premark International, Inc. is responsible for designing the STD and LTD plans, developing eligibility standards for plan participants, determining eligibility questions, and making contributions to the trust fund from which LTD benefit payments are made.

## Questions or Problems

You can resolve a question or problem regarding your disability claims through an informal process. You can contact the following organizations to informally discuss your STD or LTD benefits/claims:

## Eligibility Questions

PMI Food Equipment Group
World Headquarters
Attn:
  Employee Benefits Department
  701 Ridge Avenue
  Troy, OH  45374
  (513) 332-3000

## Benefits/Claims Questions

Thomas L. Jacobs & Associates, Inc.
227 West Monroe Street
Suite 2700
Chicago, IL  60606
(800) 345-6495
(312) 346-0155

## Formal Claim Procedures (LTD Claims Only)

If your LTD claim question or problem is not resolved through the informal telephone process noted on the previous page, you may file a formal claim as described below. The procedures for a formal claim are described by the Employee Retirement Income Security Act of 1974 (ERISA). ERISA requires an employer to provide its employees with certain legal information about the plans covered by this law. The following pertains to our plan.

You may initiate a formal review process through a written request to Premark International, Inc. (eligibility) or to TLJ (benefits/claims), who must act upon your request within 90 days after they receive it. If special circumstances require more time, a decision will be made as soon as possible, but not more than 180 days after the receipt of your written formal claim request. You will be notified of the delay within the initial 90-day period after receipt of the request. If your claim is denied, you will be notified in writing of the reasons for the denial.

## If Your Claim Is Denied

If you do not agree with the decision on your claim for benefits under the plan, you may appeal the decision by contacting:

- Premark International, Inc. if your claim involves a question about eligibility under the LTD plan; or

- TLJ if it's a disability claim.

## Appeals Procedures (LTD Claims Only)

To appeal your claim, use the following procedure:

- Deliver written notice to Premark International, Inc. (eligibility) or TLJ (benefits/claims) within 60 days after receiving the notice of denial. If you did not receive a notice of denial, you must deliver written notice within 120 days after your written claim was filed under the formal claim procedure.

- You may designate a representative to act for you in the review procedure.

- You may review any pertinent documents at any reasonable time and place specified by Premark International, Inc. or TLJ and submit additional comments related to the appeal in writing.

- Your appeal will be reviewed and you will be notified in writing of the results within 60 days after receipt of your appeal request.

- If special circumstances cause a delay beyond the 60-day period, a decision will be made as soon as possible, but not more than 120 days after receipt of your appeal request. You will be notified of the delay in writing within the initial 60-day period after your appeal request is received.

- You will receive a decision in writing stating the reasons for the decision and the specific reference to the plan provision(s) that support that decision.

## ERISA Rights

As a participant in the PMI Food Equipment Group welfare plans, you are entitled to certain rights under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides the following rights:

- You can examine all plan documents without charge. These may include annual financial reports, insurance contracts, plan descriptions, and all other official plan documents filed with the United States Department of Labor.

- You can obtain copies of plan documents and other information by writing to Premark International, Inc., Attn: Compliance Analyst. You may have to pay a reasonable charge for copies.

- You will receive a summary of the plan's annual financial report automatically.

- You may not be discharged or discriminated against for pursuing a benefit or for exercising your ERISA rights.

- If your claim for a benefit is denied in whole or in part, you'll receive a written explanation of the denial. You have the right to have the plan administrator review and reconsider your claim.

The people who administer your plan, called fiduciaries, have a duty to do so prudently and in the interests of you and other plan participants and beneficiaries. Premark International, Inc. and TLJ are fiduciaries for different aspects of the LTD plan.

Under ERISA there are steps you can take to enforce the preceding rights. For example, if you request materials from the company's plan and don't receive them within 30 days, you may file suit in a federal court. The court may require the plan administrator to provide the materials and pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the plan administrator.

If you have a claim for benefits which is denied or ignored in whole or in part, you may file suit in a state or federal court after you've completed the claims appeals process described on page 14.

If the fiduciaries misuse the plan's money, or if you're discriminated against for pursuing a benefit or exercising your ERISA rights, you may seek help from the United States Department of Labor or file suit in a federal court.

The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees.

If you have any questions about your plan, you should contact the Benefits Department. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest Area Office of Pension and Welfare Benefit Administration, United States Department of Labor.

## Other Plan Information

### Employer

PMI Food Equipment Group (which includes Adamatic, Hobart, Stero, Vulcan-Hart, and Wolf Range)
World Headquarters
701 Ridge Avenue
Troy, OH  45374
(513) 332-3000

### Full Plan Name

Premark International, Inc. Group Benefits Plan

### Plan Sponsor

Premark International, Inc.
1717 Deerfield Road
Deerfield, IL  60015
(708) 405-6000

### Employer Identification Number

36-3461320

Plan Administrator
Management Committee for Employee Benefits
Premark International, Inc.
1717 Deerfield Road
Deerfield, IL  60015
(708) 405-6000

### Plan Number

501

### Type of Plan

Welfare Plan/Disability

## Plan Year

Plan records are kept on a calendar-year basis, for January 1 through December 31.

## Claims Administrator (Eligibility)

Premark International, Inc.
Attn: Director, Health and Welfare Plans
1717 Deerfield Road
Deerfield, IL  60015
(708) 405-6000

## Claims Administrator (Disability)

Thomas L. Jacobs & Associates, Inc.
227 West Monroe Street
Suite 2700
Chicago, IL  60606
(800) 345-6495
(312) 346-0155

## Funding Medium

The STD plan is solely a payroll practice, with benefits paid from general assets. The STD plan is not an ERISA plan.

The LTD plan is self-funded. Some employee contributions are required. All contributions are made to the Premark International, Inc. Group Benefits Trust from which benefits are paid.

15

## Trustees

Bankers Trust Company
P.O. Box 1855
Church Street Station
New York, NY  10008
(212) 250-2500

## Agent for Service of
## Legal Process

Chairman, Management Commit-
tee for Employee Benefits
Premark International, Inc.
1717 Deerfield Road
Deerfield, IL  60015
(708) 405-6000

## Amendment or
## Termination of Plan

PMI Food Equipment Group and
Premark International, Inc. re-
serve the right to modify or
terminate these disability plans at
any time and for any reason.

# UPDATE

## S U M M A R Y   P L A N   D E S C R I P T I O N

Following are changes to the summary plan descriptions (SPDs) for salaried and hourly nonbargained employees. In general, your benefits have *not* changed—this document is intended to further clarify some items in your SPDs. Please put the information outlined below with your current SPDs. We've included page numbers so you can easily reference those sections of your SPDs.

This summary serves as a summary of material modifications (SMM) under ERISA. This SMM provides clarification of the plan in effect as of January 1, 1993, unless stated otherwise. If disagreements arise between this document and the Group Benefits Plan document or the Flexible Benefits Plan document, the appropriate Plan document will govern.

## All Summary Plan Descriptions

- The Group Benefits Plan and the Flexible Benefits Plan are broad-based plans covering a number of business units within Premark International, Inc. Each business unit has a separate benefit program for its own employees. All of these separate benefit programs are documented in the Group Benefits Plan and the Flexible Benefits Plan. Only the portion of the Group Benefits Plan that is available to you from your business unit is described in the SPDs and SMMs distributed to you. The business units include: Premark International, Inc.; The PMI Food Equipment Group; Florida Tile Industries, Inc.; Hartco Flooring Company; Precor Incorporated; Tupperware; The West Bend Company; Wilsonart International, Inc.; and former employers, including KitchenAid and closed and sold Dart Businesses.

- A Qualified Medical Child Support Order (QMED) is considered a family status change.

- Acquiring a new dependent (such as birth or adoption of a child or obtaining legal custody) is considered a family status change.

- The Uniformed Services Employment and Reemployment Rights Act, enacted on October 13, 1994, impacts your rights to health care coverage if you leave your job to enter military service (for 31 days or more).

  Under federal law, you may elect to reinstate or continue your employee or dependent medical coverage:

  — For 18 months from the date that civilian employment ended; or

  — Until the end of the period allowed for you to apply for reemployment, whichever is less.

  The actual length of time may vary depending on when you entered military duty and the length of time you have been in service. To keep your coverage in effect, you must pay the full cost of coverage plus a 2% administrative charge. (If the military service is less than 31 days, you will only be responsible for the regular employee share of the cost.)

  The rules outlined in the Uniformed Services Employment and Reemployment Rights Act apply to all health care benefits (medical, dental, and health care spending account).

## Medical

- Preexisting condition exclusions do not apply to employees who return from a military leave of absence. (Page 2)

- Proof of Good Health is proof required by the plan that requires you and your dependents to disclose any past or current history of a physical or mental condition. This information could affect whether or not you or your eligible dependents are accepted for medical coverage. Proof of Good Health is required for:

  — New hires and newly acquired dependents who enroll in the medical plan after 31 days from the date of eligibility (except for newborns); and

  — Employees and/or dependents who enroll in the medical plan due to a family status change, after previously waiving coverage. (Page 2)

- You may change your coverage level only at open enrollment or when an eligible family status change occurs. If you don't make a change within 31 days, you may be subject to preexisting condition limitations and Proof of Good Health requirements, as outlined in greater detail in your SPD. (Page 3)

- Treatment, diagnostic X-rays, and procedures for chiropractic care (which includes but is not limited to spinal subluxation) are covered up to $500. This limit **does** apply to non-network care. (Page 15)

- Services or supplies that are ordered by or received from a doctor acting *outside* the scope of his or her license are not covered under the plan. (Page 16)

- Impregnation or fertilization charges including, but not limited to, those involving a covered person as a recipient, surrogate, or donor, are not covered. (Page 16)

- All psychiatric and medication management visits are subject to a $20 copayment when you use a network provider. (Page 19)

- Mental health and chemical dependency treatment is considered non-network if you do not call ACORN:

  — Before a non-emergency hospital admission; or

  — Within 48 hours of an emergency hospital admission (and care is deemed clinically necessary).

  Self referrals to a network facility without contacting ACORN are considered non-network. (Page 20)

- If you are enrolled in a managed care plan and receive non-network care, you will **not** receive prenatal care and education credits under *Your Health Matters*. (Page 22)

- If your medical coverage terminates, you may receive a conversion policy. Conversion policies will only be offered if available from a third party administrator. (Page 39)

- Brain/spinal rehabilitation is covered under the Institutes of Quality® (IQ) program. For 1995, this is a voluntary program. Effective January 1, 1996, the IQ penalty provisions will apply. (Page 27)

- Oral contraceptives are covered under the plan if medically necessary. (Page 14)

## Dental

- If you have coverage under a DMO, the non-network lifetime orthodontia maximum is $800. There is no lifetime maximum for network care. (Page 9)

- Work in progress exclusions do not apply to employees who return from a military leave of absence lasting 31 or more days. (Page 28)

## Disability Insurance

- If you are away from work due to an illness or injury that does not qualify as an approved disability under the plan, you may be eligible for FMLA. (Page 3)

- Effective January 1, 1995, the provisions of the LTD plan do not apply to Level I executives. This group of employees is covered under a separate plan. (Page 7)

- To clarify, if you become disabled before you reach age 60, your benefits continue until age 65. If you become disabled after you reach age 60, your benefits will be paid according to the schedule in the summary plan description. (Page10)

## Life Insurance

- The new address for claims processing is:

Aetna Life Insurance Company
575 Pigeon Hill Road
P.O. Box 737
Location Code W41B
Windsor, CT 06095

## Benefit Continuation for Family and Medical Leave (FMLA)

The rules of the Family and Medical Leave Act (FMLA) apply to all health care benefits (medical, dental, health care spending account).

- Under the FMLA, you are eligible for up to 12 weeks of unpaid leave during the year for your own ill health, to care for an ill family member, or to care for a child following birth or adoption. However, you will be required to use any accrued short-term disability leave (if applicable) and all but five days of vacation while taking FMLA leave. Coverage under medical, dental, and health care spending accounts will continue.

    When the leave of absence is covered by the FMLA, the company pays its share of the monthly cost. You are required to pay your share of the monthly cost to keep your coverage in effect.

    Your life insurance, long-term disability, short-term disability, and personal accident insurance will not continue while you are on the leave. However, you will not be subject to Proof of Good Health or preexisting condition exclusion requirements when you return. These benefits will continue while you are on the short-term disability portion of the leave.